**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL®**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FROM:**

ADEKUNLE ADEYANJU
1209 SUNFLOWER LANE
ALVARADO, TEXAS, 76009

Alien No: 207141854

**TO:**

UNITED STATES COURT OF APPE
FOR
THE FIRST-CIRCUIT

JOHN JOSEPH MOAKLEY
U.S. COURT-HOUSE
1 COURTH-HOUSE WAY,
SUITE 2500, BOSTON,
MASSACHUSETTS
02210
OFFICE OF THE CLERK

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

**SCANNED**

# TRACKED ■ INSURED

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH

This package is made from post-consumer waste. Please recycle again.